FISHER *v.* HARDWOOD MANUFACTURING CO.

JUSTICES OF THE PEACE—LOG-LIEN PROCEEDINGS—SERVICE UPON OWNER—WAIVER OF DEFECTS.

Where the owner of logs attached in proceedings under the log-lien law appears before the justice on an adjourned day, pleads the general issue, and goes to trial upon the merits, he waives the right to object that service was not made upon him until the return day of the writ.

Error to Bay; Maxwell, J. Submitted May 4, 1899. Decided June 28, 1899.

Proceedings under the log-lien law by Samuel Fisher against the Hardwood Manufacturing Company, Limited, and Nathan B. Bradley. From a judgment for defendant Bradley on verdict directed by the court, plaintiff brings error. Reversed.

This suit was commenced in justice's court by attachment to enforce a lien for labor. The work was done for

the defendant the Hardwood Manufacturing Company, and defendant Bradley claimed to be the owner of the property attached.   Service was made upon defendant Bradley on the morning of the return day of the writ. Bradley did not appear.   Three adjournments were had without his appearance.   On the last adjourned day Bradley appeared by his attorney, declaration was filed, plea of the general issue entered by both defendants, case adjourned, trial had upon the adjourned day upon the merits, and judgment rendered for plaintiff.   Defendant Bradley took a general appeal.   Upon the trial in the circuit court, without the introduction of any testimony, the court directed a verdict for the defendant, on the ground that the justice obtained no jurisdiction.

*J. E. Kinnane,* for appellant.

*Simonson, Gillett & Courtright,* for appellee Bradley.

GRANT, C. J. (*after stating the facts*).   The cases of *Noyes* v. *Hillier,* 65 Mich. 636, and *Newbauer* v. *Newbauer,* 112 Mich. 562, have no application.   In those cases the defendant did not appear.   In this case the jurisdictional defects were waived by a general appearance, plea of the general issue, and trial upon the merits.   *Manhard* v. *Schott,* 37 Mich. 234; *Dailey* v. *Kennedy,* 64 Mich. 211.

Judgment reversed, and new trial ordered.

The other Justices concurred.